**Order entered September 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00513-CR

**JULIA ROSE DECATUR-SCHRADER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80222-2012**

## ORDER

The reporter's record has been filed in this appeal, but the clerk's record is more than thirty days overdue. We have received a copy of the trial court's order appointing counsel to represent appellant.

Accordingly, we **ORDER** the Collin County District Clerk to file the clerk's record within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Collin County District Clerk's Office, and to counsel for all parties.

/s/      LANA MYERS
         JUSTICE